United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALTAZAR ORTIZ, | No. C 10-04624 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| M. D. McDONALD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction. It is clear from the contents of the petition that it pertains to a previously opened habeas action under Case No. C 05-03067 JF (PR). Accordingly, this case is DISMISSED as being opened in error.

The Clerk shall file all documents in this action into Case No. C 05-03067 JF (PR), terminate all pending motions, and close this action.

IT IS SO ORDERED.

DATED: 2/4/11

JEREMY FOGEL
United States District Judge

P:\PRO-SE\SJ.JF\HC.10\Ortiz04624_dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE BALTAZAR ORTIZ,

        Petitioner,

v.

M. D. MCDONALD,

        Respondent.

Case Number: CV10-04624 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/17/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Baltazar Ortiz T-58897
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: 2/17/11

Richard W. Wieking, Clerk